# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ALICE GARRETT

VERSUS

DEPARTMENT OF CHILDREN AND
FAMILY SERVICES, MARLSTONE
PROPERTIES, LLC, AND STATE
OF LOUISIANA OFFICE OF RISK
MANAGEMENT

NO.  2020 CW 1090

**JANUARY 13, 2021**

---

In Re:    The State of Louisiana, through the Department of
          Children and Family Services, applying for rehearing,
          22nd Judicial District Court, Parish of St. Tammany,
          No. 2019-16269.

---

**BEFORE:    THERIOT AND WOLFE, JJ.**

    **APPLICATION FOR REHEARING DENIED.**  See Rule 2-18.7 of the
Uniform Rules of the Louisiana Courts of Appeal.

**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT